UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SERMENO,<br><br>        Plaintiff,<br><br>    v.<br><br>OKLAHOMA DEPT. OF CORRECTIONS, et al.,<br><br>        Defendants. | Case No. 16-05894 EJD (PR)<br><br>**ORDER OF TRANSER** |

Plaintiff, a state prisoner, has filed a pro se complaint pursuant to 42 U.S.C. § 1983, against officials and employees of the Oklahoma Department of Corrections. Because defendants reside in and the acts complained of occurred in Pottawatomie County, which lies within the venue of the Western District of Oklahoma, see 28 U.S.C. § 116(c), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Western District of Oklahoma. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Western District of Oklahoma.

**IT IS SO ORDERED.**

Dated: __2/3/2017_____   _____
                                                   EDWARD J. DAVILA
                                                   United States District Judge

Order of Transfer
PRO-SE\EJD\CR.16\05894Sermeno_transfer (OK)